--------------------------------------------------------------------------------------------------

# UNITED STATES DISTRICT COURT

For The
District of New Jersey

------------------------------------------------------------------------- x

CHINA EXPORT & CREDIT INSURANCE CORP.,
a/s/o Ningbo Shindak Import & Export Co. Ltd.,

                               Plaintiff,               Case No.: 20-cv-17039

      -vs.-

INVENTEL LLC,

                               Defendants.

------------------------------------------------------------------------- x

**APPEARANCE OF COUNSEL**

To:     The Clerk of the Court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel from Mazzola Lindstrom LLP for Plaintiff China Export & Credit Insurance Corp.

Date:   June 18th, 2021                             MAZZOLA LINDSTROM LLP

                                                      Shan Chen
1350 Avenue of the Americas, 2FL
New York, NY 10019
Tel:   (646) 416-6280
Email: jessica@mazzolalindstrom.com

Attorneys for Plaintiff